UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re )
Woodbridge Group of Companies, LLC ) Case No. 17-12560-BLS
)
Debtor(s) ) Adv. Proc. No. 19-50921-BLS
)
Michael Goldberg )
) MEDIATION STATUS REPORT
Plaintiff(s) )
)
v. )
All Mark Insurance Services, Inc., Cameron )
Johnson Defendant(s) )

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, dated January 5, 2021, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

The undersigned mediator expects that the mediation will be concluded no later than May 31, 2021 *(insert date)* for the following reason(s):

- ☐ A mediation session is scheduled to occur on _____.

- ☑ A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

- ☐ OTHER:

Dated: January 18, 2021

_Leslie A. Berkoff_ (signature)
Signature of Mediator

Leslie A. Berkoff
Name of Mediator

400 Garden City Plaza
Mailing Address

Garden City, NY 11530
City, State, Zip Code

516-873-2000
Phone No.

cc: Counsel of Record
    Pro Se Parties

(9-24-04)