# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Woodbridge Group of Companies, LLC, | : | Case No.: 17-12560-BLS |
| | : | |
| Debtors. | : | |
| | : | |
| Michael Goldberg, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| All Mark Insurance Services, Inc. and Cameron Johnson, | : | Adv. Proc. No.: 19-50921-BLS |
| | : | |
| Defendant. | : | |
| | : | |

## MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that mediation was resolved in the following manner:

(a)  The following individuals were present:

(1) Counsel (name and party representing):

| | |
|---|---|
| Counsel for Plaintiffs: | Jeffrey Nolan, Esq. of Pachulski Stang Ziehl & Jones |
| Counsel for Defendant: | Denis Dice, Esq., Douglas Fogle, Esq. and Benjamin J. Biard, Esq. of Winget, Spadafora & Schwartzberg LLP |

(b)  The following parties failed to appear and/or participate as ordered:

(1) Parties (name and capacity):   None

(c)  The outcome of the mediation conference was:

_____   The matter has been completely resolved and counsel (or parties) should file an appropriate stipulation and proposed order within twenty (20) days.

2974084v1

        The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

        The following issues remain for this court to resolve:

__X__    The matter has not been resolved and should proceed to trial.

        OTHER:

Dated: May 16, 2022         Mediator

        */s/ Leslie A. Berkoff*
        Leslie A. Berkoff (#4584)
        MORITT HOCK & HAMROFF LLP
        400 Garden City Plaza
        Garden City, NY 11530
        (516) 873-2000